# EXHIBIT R

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* <br> Henry Lee <br> 3731 Wilshire Blvd., Suite 930 <br> Los Angeles, CA 90010 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (213) 382-0955   FAX NO. *(Optional):* <br> E–MAIL ADDRESS *(Optional):* leelawcorp@aol.com <br> ATTORNEY FOR *(Name):* Plaintiff Henry Lee In Pro Per | Electronically FILED by Superior Court of California, County of Los Angeles 6/13/2024 2:22 PM David W. Slayton, Executive Officer/Clerk of Court, By E. Allen, Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles <br> STREET ADDRESS: 111 N. Hill Street <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: Los Angeles, CA 90012 <br> BRANCH NAME: Central District, Stanley Mosk Courthouse | |
| PLAINTIFF/PETITIONER: Henry Lee <br> DEFENDANT/RESPONDENT: Choe Family LLC | CASE NUMBER: <br> 24STCV14785 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* Case Assignment Sheet
3. a. Party served *(specify name of party as shown on documents served):*

   Choe Family LLC

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

   Jina Lee, Agent for Service of Process

4. Address where the party was served:
   3731 Wilshire Blvd., Los Angeles, CA 90010
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):* June 13, 2024   (2) at *(time):* 2:00 p.m.
   b. ☐ **by substituted service.** On *(date):*       at *(time):*       I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*       from *(city):*       **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Henry Lee | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Choe Family LLC | 24STCV14785 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:  (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* Choe Family LLC
      under the following Code of Civil Procedure section:
      ☑ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                        ☐ other:

7. **Person who served papers**
   a. Name: Lucie Lee
   b. Address: 3731 Wilshire Blvd. Los Angeles, CA 90010
   c. Telephone number: (213) 382-0955
   d. **The fee** for service was: $ 0
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner ☐ employee ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: June 13, 2024

Lucie Lee
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        *(signature)* (SIGNATURE)

POS-010 [Rev. January 1, 2007]          **PROOF OF SERVICE OF SUMMONS**          Page 2 of 2